[No. 20566.   Department Two.   March 19, 1928.]

THE STATE OF WASHINGTON, *Respondent*, v. AL CHRISTOPH, *Appellant.*[1]

Appeal from a judgment of the superior court for Spokane county, Lindsley, J., entered November 13, 1926, upon a trial and conviction of bootlegging.   Affirmed.

*Robertson & Paine*, for appellant.
*Chas. W. Greenough*, for respondent.

PER CURIAM.—The instructions complained of in regard to possession of intoxicating liquor were concededly correct and under the evidence in the case were properly given.

The instruction in regard to the definition of carrying liquor about was lately approved of, as given, in the case of *State v. Peck*, 146 Wash. 101, 261 Pac. 779.

There was no error in refusing to give the requested instructions, for the reason that in so far as they properly stated the law they were inapplicable to the facts as developed on the trial.

The motion for a new trial was properly denied, for the reason that there was sufficient evidence to justify a conviction.

Affirmed.

---

[No. 20947.   Department One.   March 22, 1928.]

P. C. ANDERSON et al., *Appellants*, v. HENRY ARNOLD PETERSON et al.,
*Respondents.*[2]

Appeal from a judgment of the superior court for Pierce county, Card, J., entered April 27, 1927, dismissing an action on contract, upon sustaining a demurrer to the complaint.   Affirmed.

*H. W. Lueders*, for appellants.
*Henry Arnold Peterson*, for respondents.

PER CURIAM.—This is a companion case to *Anderson v. National Bank of Tacoma*, reported in 146 Wash. 520, 264 Pac. 8, differing only in that the checks involved in this transaction were slightly subsequent in time, and in the former action the bank on which the checks were drawn had also been made a party defendant.   In the former opinion there is a full discussion both of the facts and the law.   No other or different conclusion can be reached than the one there expressed.

Judgment affirmed.

[1]Reported in 265 Pac. 1119.
[2]Reported in 265 Pac. 1118.